UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Janet S. Baer

Hearing Date: February 6, 2013

Bankruptcy Case: 12 B 42590

Adversary No.:

Title of Case: Michele M Duncan

Brief Statement of Motion: Hearing on Dismissal for Failure to Pay Fees

Names and Addresses of moving counsel:

Representing:

ORDER

IT IS HEREBY ORDERED, Debtor shall pay $153.00 on 2/6/13 and pay $ 153.00 on or before March 8, 2013.

/s/ Janet S. Baer

JUDGE JANET S. BAER
UNITED STATES BANKRUPTCY COURT